MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 486-0800
Facsimile:   (510) 486-0801

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DANIEL HITESMAN<br><br>  Defendant. | Case Nos. CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE HEARING**<br><br>Date: January 9, 2014<br>Time: 9:00 a.m.<br>Hon. D. Lowell Jensen |

   Defendant DANIEL HITESMAN, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Jeff Schenk, hereby stipulate and agree to continue the status conference in the above matters from January 9, 2013 at 9:00 a.m. to February 6, 2013 at 9:00 a.m.

   Good cause exists for this request. First, Mr. Hitesman's counsel has an unexpected court conflict with the current date. Also, counsel needs additional time to address new alleged violations which may result in additional charges being filed. This is Mr. Hitesman's first stipulated request for a continuance since new counsel was appointed.

   Probation Officer Daniel Zurita has no objection to the requested continuance.

U.S. V. HITESMAN, CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ

**IT IS SO STIPULATED.**

Dated: 1/6/2014          /s/ Jeff Schenk

JEFF SCHENK
Assistant United States Attorney

Dated: 1/6/2014          /s/Michael Hinckley

MICHAEL HINCKLEY
Attorneys for Defendant

U.S. V. HITESMAN, CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ

**<u>ORDER</u>**

GOOD CAUSE APPEARING, upon stipulation of the parties, the date for hearing in this matter is continued from January 9, 2014, to February 6, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____

_____
Hon. D. LOWELL JENSEN
Senior United States District Judge

U.S. V. HITESMAN, CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ